CUMMINGS MACHINE WORKS, A CORPORATION, *Plaintiffs in Error,* v. J. D. CLARK AND J. A. JOHNSON, *Defendants in Error.*

#### En Banc.

#### Decision Filed May 7, 1925.

Writ of Error to the Circuit Court for Polk County; John S. Edwards, Judge.

*R. B. Huffaker,* for Plaintiff in Error;

No appearance for Defendants in Error.

PER CURIAM.—The declaration herein does not wholly fail to state a cause of action, therefore the demurrer should not have been sustained.   McDonald v. Exchange Supply Co., 88 Fla. 80, 101 South. Rep. 28; Pero v. Corlet, 87 Fla. 448, 10 South. Rep. 748.

Reversed.

WEST, C. J., AND WHITFIELD, ELLIS, BROWNE AND TERRELL, J. J., concur.